# EXHIBIT B

Page: 1



# Purchase Order

**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

**P.O. Number:** 0026354
**Order Date:** 4/12/2021
**Vendor Number:** 00-DWE

**Customer PO NO**

| Vendor: | Ship To: |
|---|---|
| **DONGBU DAEWOO ELECTRONICS** <br> **DONGBU FINANCIAL CENTRE** <br> **432, TEHERAN-RO** <br> **GANGNAM-GU, KO 06194** <br> **KOREA** | **GD Logistics** <br> 940 N. Central <br> Sang Kim.: 630-860-7777 <br> Wood Dale, IL 60191 |

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD1310ST** <br> 1.3 cf Microwave Stainless | EACH | 410 | 0 <br> Whse:  COM | 0 | $66.5000 | $27,265.00 |

**Shipping Window   8/20/2021   -   8/24/2021**

| Special Comments |
|---|
| **\*All Overpacked** |
| **\*Extra Carton Box Required- 10 Qty** |

| | |
|---|---|
| Net Order: | $27,265.00 |
| Sales Tax: | $0.00 |
| Freight: | $0.00 |
| Order Total: | $27,265.00 |

Authorized by   *Peter Choe*

Page: 1

# Purchase Order

**Magic Chef™**
SO RIGHT AT HOME. ™

**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

P.O. Number: 0026355
Order Date: 4/12/2021
Vendor Number: 00-DWE

Customer PO NO

| Vendor: | Ship To: |
|---|---|
| **DONGBU DAEWOO ELECTRONICS**<br>**DONGBU FINANCIAL CENTRE**<br>**432, TEHERAN-RO**<br>**GANGNAM-GU, KO  06194**<br>**KOREA** | **GD Logistics**<br>940 N. Central<br>Sang Kim.: 630-860-7777<br>Wood Dale, IL  60191 |

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD1310ST**<br>1.3 cf Microwave Stainless | EACH | **503** | 0<br>Whse:  GDL | 0 | $65.2000 | $32,795.60 |

**Shipping Window   8/20/2021   -  8/24/2021**

| Special Comments |
|---|
| **\*Extra Carton Box Required- 10 Qty** |

| | |
|---|---|
| Net Order: | $32,795.60 |
| Sales Tax: | $0.00 |
| Freight: | $0.00 |
| Order Total: | $32,795.60 |

Authorized by *Peter Choe*

Page:   1

# Purchase Order

**Magic Chef™**
SO RIGHT AT HOME. ™

**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

**P.O. Number:** 0026356
**Order Date:** 4/12/2021
**Vendor Number:** 00-DWE

**Customer PO NO**

| Vendor: | Ship To: |
|---|---|
| **DONGBU DAEWOO ELECTRONICS**<br>**DONGBU FINANCIAL CENTRE**<br>**432, TEHERAN-RO**<br>**GANGNAM-GU, KO  06194**<br>**KOREA** | **GD Logistics**<br>940 N. Central<br>Sang Kim.: 630-860-7777<br>Wood Dale, IL  60191 |

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD1811ST**<br>1.8 cu.ft. Microwave Stainless | EACH | 375 | 0<br>Whse:  COM | 0 | $63.0800 | $23,655.00 |

**Shipping Window   7/20/2021   -   7/24/2021**

| Special Comments |
|---|
| **\*All Overpacked** |
| **\*Extra Carton Box Required- 10 Qty** |

| | |
|---|---|
| **Net Order:** | $23,655.00 |
| **Sales Tax:** | $0.00 |
| **Freight:** | $0.00 |
| **Order Total:** | **$23,655.00** |

Authorized by _____ *Peter Choe* _____



Page:     1

# Purchase Order

**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

**P.O. Number:** 0026364
**Order Date:** 5/20/2021
**Vendor Number:** 00-DWE

**Customer PO NO**

| Vendor: | Ship To: |
|---|---|
| **DONGBU DAEWOO ELECTRONICS** <br> **DONGBU FINANCIAL CENTRE** <br> **432, TEHERAN-RO** <br> **GANGNAM-GU, KO  06194** <br> **KOREA** | **GD Logistics** <br> 940 N. Central <br> **Sang Kim.: 630-860-7777** <br> Wood Dale, IL  60191 |

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
|  |  | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD1811ST** <br> 1.8 cu.ft. Microwave Stainless | EACH | 375 | 0 <br> Whse:  COM | 0 | $63.0800 | $23,655.00 |

**Shipping Window**   6/25/2021   -   6/29/2021

| Special Comments |
|---|
| ***All Overpacked** |
| ***Extra Carton Box Required- 10 Qty** |

| | |
|---|---|
| **Net Order:** | $23,655.00 |
| **Sales Tax:** | $0.00 |
| **Freight:** | $0.00 |
| **Order Total:** | $23,655.00 |

Authorized by _____ *Peter Choe* _____

**Page:** 1



# Purchase Order

**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

**P.O. Number:** 0026365
**Order Date:** 5/20/2021
**Vendor Number:** 00-DWE

**Customer PO NO**

| Vendor: | Ship To: |
|---|---|
| **DONGBU DAEWOO ELECTRONICS** **DONGBU FINANCIAL CENTRE** **432, TEHERAN-RO** **GANGNAM-GU, KO  06194** **KOREA** | **GD Logistics** **940 N. Central** **Sang Kim.: 630-860-7777** **Wood Dale, IL  60191** |

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD1811ST** 1.8 cu.ft. Microwave Stainless | EACH | 375 | 0 Whse:  COM | 0 | $63.0800 | $23,655.00 |

**Shipping Window   6/25/2021   -  6/29/2021**

### Special Comments

**\*All Overpacked**

**\*Extra Carton Box Required- 10 Qty**

| | |
|---|---|
| **Net Order:** | $23,655.00 |
| **Sales Tax:** | $0.00 |
| **Freight:** | $0.00 |
| **Order Total:** | $23,655.00 |

Authorized by _____ *Peter Choe* _____

# Purchase Order



**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

**P.O. Number:** 0026366
**Order Date:** 5/20/2021
**Vendor Number:** 00-DWE

**Customer PO NO**

| Vendor: | Ship To: |
|---|---|
| **DONGBU DAEWOO ELECTRONICS**<br>**DONGBU FINANCIAL CENTRE**<br>**432, TEHERAN-RO**<br>**GANGNAM-GU, KO  06194**<br>**KOREA** | **GD Logistics**<br>940 N. Central<br>**Sang Kim.:** 630-860-7777<br>Wood Dale, IL  60191 |

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD1811ST**<br>1.8 cu.ft. Microwave Stainless | EACH | 375 | 0<br>Whse:  COM | 0 | **$63.0800** | **$23,655.00** |

**Shipping Window   6/25/2021   -   6/29/2021**

| Special Comments |
|---|
| *All Overpacked |
| *Extra Carton Box Required- 10 Qty |

| | |
|---|---|
| **Net Order:** | $23,655.00 |
| **Sales Tax:** | $0.00 |
| **Freight:** | $0.00 |
| **Order Total:** | $23,655.00 |

Authorized by _____ *Peter Choe* _____



Page: 1

# Purchase Order

**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

**P.O. Number:** 0026367
**Order Date:** 5/20/2021
**Vendor Number:** 00-DWE

**Customer PO NO**

| Vendor: | Ship To: |
|---|---|
| **DONGBU DAEWOO ELECTRONICS** | **GD Logistics** |
| **DONGBU FINANCIAL CENTRE** | 940 N. Central |
| **432, TEHERAN-RO** | **Sang Kim.: 630-860-7777** |
| **GANGNAM-GU, KO  06194** | Wood Dale, IL  60191 |
| **KOREA** | |

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD1310ST** | EACH | 410 | 0 | 0 | $60.9100 | $24,973.10 |
| 1.3 cf Microwave Stainless | | | Whse:  GDL | | | |

**Shipping Window   6/25/2021   -   6/29/2021**

| Special Comments |
|---|
| **\*Extra Carton Box Required- 10 Qty** |

| | |
|---|---|
| **Net Order:** | $24,973.10 |
| **Sales Tax:** | $0.00 |
| **Freight:** | $0.00 |
| **Order Total:** | $24,973.10 |

Authorized by _____ *Peter Choe* _____

Page:      1

# Purchase Order



**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

**P.O. Number:** 0026368
**Order Date:** 5/20/2021
**Vendor Number:** 00-DWE

**Customer PO NO**

| Vendor: | Ship To: |
|---|---|
| **DONGBU DAEWOO ELECTRONICS**<br>**DONGBU FINANCIAL CENTRE**<br>**432, TEHERAN-RO**<br>**GANGNAM-GU, KO  06194**<br>**KOREA** | **GD Logistics**<br>**940 N. Central**<br>**Sang Kim.: 630-860-7777**<br>**Wood Dale, IL  60191** |

| Required Date | Ship VIA | F.O.B.<br>Xingang, China | Terms<br>W/T 60 days from ship date |
|---|---|---|---|

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD770CM**<br>0.7 cf Microwave Green | EACH | 434 | 0<br>Whse:  COM | 0 | $42.9500 | $18,640.30 |
| **MCD770CR**<br>0.7 cf Microwave Red | EACH | 434 | 0<br>Whse:  COM | 0 | $42.9500 | $18,640.30 |

**Shipping Window   6/25/2021   -   6/29/2021**

| Special Comments |
|---|
| *All Overpacked |
| *Extra Carton Box Required- 10 Qty |

| | |
|---|---|
| **Net Order:** | $37,280.60 |
| **Sales Tax:** | $0.00 |
| **Freight:** | $0.00 |
| **Order Total:** | $37,280.60 |

Authorized by      *Peter Choe*

Page: 1

# Purchase Order



**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

**P.O. Number:** 0026369
**Order Date:** 5/20/2021
**Vendor Number:** 00-DWE

**Customer PO NO**

| Vendor: | Ship To: |
|---|---|
| DONGBU DAEWOO ELECTRONICS | GD Logistics |
| DONGBU FINANCIAL CENTRE | 940 N. Central |
| 432, TEHERAN-RO | Sang Kim.: 630-860-7777 |
| GANGNAM-GU, KO  06194 | Wood Dale, IL  60191 |
| KOREA | |

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD770CM** | EACH | 434 | 0 | 0 | $42.9500 | $18,640.30 |
| 0.7 cf Microwave Green | | | Whse:  COM | | | |
| **MCD770CR** | EACH | 434 | 0 | 0 | $42.9500 | $18,640.30 |
| 0.7 cf Microwave Red | | | Whse:  COM | | | |

**Shipping Window   6/25/2021   -   6/29/2021**

| Special Comments |
|---|
| *All Overpacked |
| *Extra Carton Box Required- 10 Qty |

| | |
|---|---|
| **Net Order:** | $37,280.60 |
| **Sales Tax:** | $0.00 |
| **Freight:** | $0.00 |
| **Order Total:** | $37,280.60 |

Authorized by   *Peter Choe*

Page: 1

# Purchase Order

**Magic Chef™**
SO RIGHT AT HOME. ™

**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

**P.O. Number:** 0026684
**Order Date:** 8/6/2021
**Vendor Number:** 00-DWE

**Customer PO NO**

| Vendor: | Ship To: |
|---|---|
| DONGBU DAEWOO ELECTRONICS<br>DONGBU FINANCIAL CENTRE<br>432, TEHERAN-RO<br>GANGNAM-GU, KO  06194<br>KOREA | GD Logistics<br>940 N. Central<br>Sang Kim.: 630-860-7777<br>Wood Dale, IL  60191 |

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD993B** | EACH | 991 | 0 | 0 | $45.1300 | $44,723.83 |
| 0.9 cf Microwave Black | | | Whse:  GDL | | | |

**Shipping Window   10/10/2021   -   10/14/2021**

| Special Comments |
|---|
| **\*Extra Carton Box Required- 10 Qty** |

| | |
|---|---|
| Net Order: | $44,723.83 |
| Sales Tax: | $0.00 |
| Freight: | $0.00 |
| Order Total: | $44,723.83 |

Authorized by ___ *Peter Choe* ___

Page:     1

# Purchase Order



**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

| | |
|---|---|
| **P.O. Number:** | 0026685 |
| **Order Date:** | 8/6/2021 |
| **Vendor Number:** | 00-DWE |

**Customer PO NO**

| Vendor: | Ship To: |
|---|---|
| **DONGBU DAEWOO ELECTRONICS**<br>**DONGBU FINANCIAL CENTRE**<br>**432, TEHERAN-RO**<br>**GANGNAM-GU, KO  06194**<br>**KOREA** | **GD Logistics**<br>**940 N. Central**<br>**Sang Kim.: 630-860-7777**<br>**Wood Dale, IL  60191** |

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD993R** | EACH | 406 | 0 | 0 | $47.1300 | $19,134.78 |
| 0.9 cf Microwave Red | | | Whse:  COM | | | |
| **MCD993R** | EACH | 445 | 0 | 0 | $45.1300 | $20,082.85 |
| 0.9 cf Microwave Red | | | Whse:  GDL | | | |

**Shipping Window   10/10/2021   -   10/14/2021**

| Special Comments |
|---|
| * 406 pcs Overpacked |
| *Extra Carton Box Required- 10 Qty |

| | |
|---|---|
| **Net Order:** | $39,217.63 |
| **Sales Tax:** | $0.00 |
| **Freight:** | $0.00 |
| **Order Total:** | $39,217.63 |

Authorized by ___ *Peter Choe* _____

Page: 1

# Purchase Order

**Magic Chef**™
SO RIGHT AT HOME ™

**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

**P.O. Number:** 0026686
**Order Date:** 8/6/2021
**Vendor Number:** 00-DWE

**Customer PO NO**

| Vendor: | Ship To: |
|---|---|
| **DONGBU DAEWOO ELECTRONICS** | **GD Logistics** |
| **DONGBU FINANCIAL CENTRE** | **940 N. Central** |
| **432, TEHERAN-RO** | **Sang Kim.: 630-860-7777** |
| **GANGNAM-GU, KO  06194** | **Wood Dale, IL  60191** |
| **KOREA** | |

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD993W** | EACH | 406 | 0 | 0 | $47.1300 | $19,134.78 |
| 0.9 cf Microwave White | | | Whse:  COM | | | |
| **MCD993W** | EACH | 445 | 0 | 0 | $45.1300 | $20,082.85 |
| 0.9 cf Microwave White | | | Whse:  GDL | | | |

**Shipping Window**   10/10/2021   -   10/14/2021

| Special Comments |
|---|
| *406 pcs Overpacked |
| *Extra Carton Box Required- 10 Qty |

| | |
|---|---|
| Net Order: | $39,217.63 |
| Sales Tax: | $0.00 |
| Freight: | $0.00 |
| Order Total: | $39,217.63 |

Authorized by _____ *Peter Choe* _____

Page:  1



# Purchase Order

**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

**P.O. Number:** 0026687
**Order Date:** 8/6/2021
**Vendor Number:** 00-DWE

**Customer PO NO**

| Vendor: | Ship To: |
|---|---|
| **DONGBU DAEWOO ELECTRONICS**<br>**DONGBU FINANCIAL CENTRE**<br>**432, TEHERAN-RO**<br>**GANGNAM-GU, KO  06194**<br>**KOREA** | **GD Logistics**<br>**940 N. Central**<br>**Sang Kim.: 630-860-7777**<br>**Wood Dale, IL  60191** |

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD1310ST**<br>1.3 cf Microwave Stainless | EACH | 410 | 0<br>Whse:  COM | 0 | **$69.7600** | **$28,601.60** |

**Shipping Window   10/15/2021   -   10/19/2021**

| Special Comments |
|---|
| ***All Overpacked** |
| ***Extra Carton Box Required- 10 Qty** |

| | |
|---|---|
| **Net Order:** | $28,601.60 |
| **Sales Tax:** | $0.00 |
| **Freight:** | $0.00 |
| **Order Total:** | **$28,601.60** |

Authorized by _____ *Peter Choe* _____

Page:    1

# Purchase Order



**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

| | |
|---|---|
| **P.O. Number:** | 0026688 |
| **Order Date:** | 8/6/2021 |
| **Vendor Number:** | 00-DWE |

**Customer PO NO**

**Vendor:**

DONGBU DAEWOO ELECTRONICS
DONGBU FINANCIAL CENTRE
432, TEHERAN-RO
GANGNAM-GU, KO  06194
KOREA

**Ship To:**

GD Logistics
940 N. Central
Sang Kim.: 630-860-7777
Wood Dale, IL  60191

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD1310ST** | EACH | 503 | 0 | 0 | $68.4600 | $34,435.38 |
| 1.3 cf Microwave Stainless | | | Whse:  GDL | | | |

**Shipping Window   10/15/2021   -   10/19/2021**

| Special Comments |
|---|
| **\*Extra Carton Box Required- 10 Qty** |

| | |
|---|---|
| **Net Order:** | $34,435.38 |
| **Sales Tax:** | $0.00 |
| **Freight:** | $0.00 |
| **Order Total:** | $34,435.38 |

Authorized by ___ *Peter Choe*

Page: 1

# Purchase Order



**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

**P.O. Number:** 0026735
**Order Date:** 9/1/2021
**Vendor Number:** 00-DWE

**Customer PO NO**

| Vendor: | Ship To: |
|---|---|
| **DONGBU DAEWOO ELECTRONICS**<br>**DONGBU FINANCIAL CENTRE**<br>**432, TEHERAN-RO**<br>**GANGNAM-GU, KO  06194**<br>**KOREA** | **GD Logistics**<br>940 N. Central<br>Sang Kim.: 630-860-7777<br>Wood Dale, IL  60191 |

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD770CW** | EACH | 868 | 0 | 0 | $45.8200 | $39,771.76 |
| 0.7 cf Microwave White | | | Whse:  COM | | | |

**Shipping Window**  1/5/2022   -  1/9/2022

| Special Comments |
|---|
| ***All Overpacked** |
| ***Extra Carton Box Required- 10 Qty** |

Authorized by _Peter Choe_

| | |
|---|---|
| Net Order: | $39,771.76 |
| Sales Tax: | $0.00 |
| Freight: | $0.00 |
| Order Total: | $39,771.76 |

# Purchase Order



**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

P.O. Number: 0026736
Order Date: 9/1/2021
Vendor Number: 00-DWE

Customer PO NO

| Vendor: | Ship To: |
|---|---|
| **DONGBU DAEWOO ELECTRONICS**<br>**DONGBU FINANCIAL CENTRE**<br>**432, TEHERAN-RO**<br>**GANGNAM-GU, KO  06194**<br>**KOREA** | **GD Logistics**<br>**940 N. Central**<br>**Sang Kim.: 630-860-7777**<br>**Wood Dale, IL  60191** |

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD1310ST** | EACH | 410 | 0 | 0 | $69.7600 | $28,601.60 |
| 1.3 cf Microwave Stainless | | | Whse:  COM | | | |

**Shipping Window   12/1/2021   -   12/5/2021**

| Special Comments |
|---|
| *All Overpacked |
| *Extra Carton Box Required- 10 Qty |

| | |
|---|---|
| Net Order: | $28,601.60 |
| Sales Tax: | $0.00 |
| Freight: | $0.00 |
| Order Total: | $28,601.60 |

Authorized by ___ *Peter Choe* ___

Page:    1

# Purchase Order

**Magic Chef™**
SO RIGHT AT HOME. ™

**MC APPLIANCE CORP.**
**940 N. Central Ave.**
**Wood Dale, IL 60191**
**T:(630) 238-0600**
**F:(630) 238-2876**

**P.O. Number:** 0026737
**Order Date:** 9/1/2021
**Vendor Number:** 00-DWE

**Customer PO NO**

| Vendor: | Ship To: |
|---|---|
| **DONGBU DAEWOO ELECTRONICS** <br> **DONGBU FINANCIAL CENTRE** <br> **432, TEHERAN-RO** <br> **GANGNAM-GU, KO  06194** <br> **KOREA** | **GD Logistics** <br> **940 N. Central** <br> **Sang Kim.: 630-860-7777** <br> **Wood Dale, IL  60191** |

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD1310ST** | EACH | 503 | 0 | 0 | $68.4600 | $34,435.38 |
| 1.3 cf Microwave Stainless | | | Whse:  GDL | | | |

**Shipping Window    12/1/2021    -   12/5/2021**

| Special Comments |
|---|
| **\*Extra Carton Box Required- 10 Qty** |

| | |
|---|---|
| **Net Order:** | $34,435.38 |
| **Sales Tax:** | $0.00 |
| **Freight:** | $0.00 |
| **Order Total:** | $34,435.38 |

Authorized by _____  *Peter Choe*

# Purchase Order


**Magic Chef™**
SO RIGHT AT HOME. ™

**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

P.O. Number: 0026738
Order Date: 9/1/2021
Vendor Number: 00-DWE

Customer PO NO

| Vendor: | Ship To: |
|---|---|
| **DONGBU DAEWOO ELECTRONICS**<br>**DONGBU FINANCIAL CENTRE**<br>**432, TEHERAN-RO**<br>**GANGNAM-GU, KO  06194**<br>**KOREA** | **GD Logistics**<br>940 N. Central<br>Sang Kim.: 630-860-7777<br>Wood Dale, IL  60191 |

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD1811ST**<br>1.8 cu.ft. Microwave Stainless | EACH | 375 | 0<br>Whse:  COM | 0 | $66.1300 | $24,798.75 |

**Shipping Window**   1/5/2022   -   1/9/2022

| Special Comments |
|---|
| *All Overpacked |
| *Extra Carton Box Required- 10 Qty |

Net Order: $24,798.75
Sales Tax: $0.00
Freight: $0.00
Order Total: $24,798.75

Authorized by _____ *Peter Choe* _____

Page:   1

# Purchase Order

**Magic Chef**™
SO RIGHT AT HOME.™

**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

**P.O. Number:** 0026739
**Order Date:** 9/1/2021
**Vendor Number:** 00-DWE

**Customer PO NO**

| Vendor: | Ship To: |
|---|---|
| **DONGBU DAEWOO ELECTRONICS** <br> **DONGBU FINANCIAL CENTRE** <br> **432, TEHERAN-RO** <br> **GANGNAM-GU, KO  06194** <br> **KOREA** | **GD Logistics** <br> 940 N. Central <br> Sang Kim.: 630-860-7777 <br> Wood Dale, IL  60191 |

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD1811ST** | EACH | 453 | 0 | 0 | $63.9600 | $28,973.88 |
| 1.8 cu.ft. Microwave Stainless | | | Whse:  GDL | | | |

**Shipping Window**   1/10/2022   -   1/14/2022

| Special Comments |
|---|
| *Extra Carton Box Required- 10 Qty |

| | |
|---|---|
| Net Order: | $28,973.88 |
| Sales Tax: | $0.00 |
| Freight: | $0.00 |
| Order Total: | $28,973.88 |

Authorized by ___ *Peter Choe* _____

Page:    1

# Purchase Order



**MC APPLIANCE CORP.**
940 N. Central Ave.
Wood Dale, IL 60191
T:(630) 238-0600
F:(630) 238-2876

| | |
|---|---|
| **P.O. Number:** | 0026811 |
| **Order Date:** | 10/1/2021 |
| **Vendor Number:** | 00-DWE |

**Customer PO NO**

| Vendor: | Ship To: |
|---|---|
| **DONGBU DAEWOO ELECTRONICS**<br>**DONGBU FINANCIAL CENTRE**<br>**432, TEHERAN-RO**<br>**GANGNAM-GU, KO  06194**<br>**KOREA** | **GD Logistics**<br>940 N. Central<br>Sang Kim.: 630-860-7777<br>Wood Dale, IL  60191 |

| Required Date | Ship VIA | F.O.B. | Terms |
|---|---|---|---|
| | | Xingang, China | W/T 60 days from ship date |

| Item Code | Unit | Ordered | Received | Backordered | Unit Cost | Amount |
|---|---|---|---|---|---|---|
| **MCD770CM** | EACH | 434 | 0 | 0 | $45.8200 | $19,885.88 |
| 0.7 cf Microwave Green | | | Whse:  COM | | | |
| **MCD770CR** | EACH | 434 | 0 | 0 | $45.8200 | $19,885.88 |
| 0.7 cf Microwave Red | | | Whse:  COM | | | |

**Shipping Window    1/8/2022        -    1/12/2022**

| **Special Comments** |
|---|
| **\*All Overpacked** |
| **\*Extra Carton Box Required- 10 Qty** |

| | |
|---|---|
| **Net Order:** | $39,771.76 |
| **Sales Tax:** | $0.00 |
| **Freight:** | $0.00 |
| **Order Total:** | $39,771.76 |

*Peter Choe*

Authorized by _____