# EXHIBIT C

**Home Depot PO**
**MCO165UB**      SKU# 994-154
**MCO165UW**      SKU# 977-057
**MCO165S**       SKU# 354-970
Factory           Daewoo
Port of Lading    **57017**      **Xingang, China**
Home Depot Order Date            09/24/21
Order Receipt Date               09/27/21                    **Cancelled on 2/10/22**

| PO No. | Model No. | Qty | Early Ship Date | Late Ship Date | DC DUE | Destination | CNTR TYPE | Status |
|---|---|---|---|---|---|---|---|---|
| 50198234 | MCO165UW | 325 | 11/05/21 | 11/05/21 | 12/21/21 | 5096 | 40 | |
| 50198235 | MCO165UW | 325 | 11/05/21 | 11/05/21 | 12/21/21 | 5096 | 40 | |
| 50198236 | MCO165UW | 325 | 11/05/21 | 11/05/21 | 12/21/21 | 5096 | 40 | |
| 50198224 | MCO165UW | 141 | 11/05/21 | 11/05/21 | 12/28/21 | 5097 | CS | |
| 50198226 | MCO165UW | 325 | 11/05/21 | 11/05/21 | 12/16/21 | 5098 | 40 | |
| 50198225 | MCO165UW | 325 | 11/05/21 | 11/05/21 | 12/15/21 | 5621 | 40 | |
| 50198227 | MCO165UW | 325 | 11/05/21 | 11/05/21 | 12/15/21 | 5621 | 40 | |
| 50198233 | MCO165UW | 325 | 11/05/21 | 11/05/21 | 12/15/21 | 5621 | 40 | |
| 50198223 | MCO165UW | 205 | 11/05/21 | 11/05/21 | 12/21/21 | 5096 | 40 | |
| 50198223 | MCO165UB | 120 | 11/05/21 | 11/05/21 | 12/21/21 | 5096 | 40 | |
| 50198220 | MCO165UW | 220 | 11/05/21 | 11/05/21 | 12/15/21 | 5621 | 40 | |
| 50198220 | MCO165UB | 105 | 11/05/21 | 11/05/21 | 12/15/21 | 5621 | 40 | |
| ~~50198229~~ | ~~MCO165UB~~ | ~~325~~ | ~~11/05/21~~ | ~~11/05/21~~ | ~~12/23/21~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~50198231~~ | ~~MCO165UB~~ | ~~325~~ | ~~11/05/21~~ | ~~11/05/21~~ | ~~12/23/21~~ | ~~5097~~ | ~~40~~ | Cancelled |
| 50198228 | MCO165UB | 325 | 11/05/21 | 11/05/21 | 12/15/21 | 5621 | 40 | |
| 50198230 | MCO165UB | 325 | 11/05/21 | 11/05/21 | 12/15/21 | 5621 | 40 | |
| 50198232 | MCO165UB | 325 | 11/05/21 | 11/05/21 | 12/15/21 | 5621 | 40 | |
| 50198219 | MCO165UB | 325 | 11/05/21 | 11/05/21 | 12/21/21 | 5096 | 40 | |
| 50198221 | MCO165UB | 325 | 11/05/21 | 11/05/21 | 12/21/21 | 5096 | 40 | |
| 50198222 | MCO165UB | 325 | 11/05/21 | 11/05/21 | 12/21/21 | 5096 | 40 | |

| Cancelled Units by Model | |
|---|---|
| **MCO165UW** | **0** |
| **MCO165UB** | **650** |

**Home Depot PO**
**MCO165UB**    SKU# 994-154
**MCO165UW**    SKU# 977-057
**MCO165S**     SKU# 354-970

| | | |
|---|---|---|
| Factory | Daewoo | |
| Port of Lading | **57017** | **Xingang, China** |
| Home Depot Order Date | | 10/13/21 |
| Order Receipt Date | | 10/25/21 | **Cancelled on 2/10/22** |

| PO No. | Model No. | Qty | Early Ship Date | Late Ship Date | DC DUE | Destination | CNTR TYPE | Status |
|---|---|---|---|---|---|---|---|---|
| ~~51160594~~ | ~~MCO165UW~~ | ~~146~~ | ~~12/04/21~~ | ~~12/04/21~~ | ~~01/13/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~51160594~~ | ~~MCO165UB~~ | ~~179~~ | ~~12/04/21~~ | ~~12/04/21~~ | ~~01/13/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| 51160589 | MCO165UW | 155 | 12/04/21 | 12/04/21 | 01/21/22 | 5097 | 40 | |
| 51160589 | MCO165UB | 170 | 12/04/21 | 12/04/21 | 01/21/22 | 5097 | 40 | |
| 51160586 | MCO165UW | 140 | 12/09/21 | 12/09/21 | 01/24/22 | 5096 | 40 | |
| 51160586 | MCO165UB | 185 | 12/09/21 | 12/09/21 | 01/24/22 | 5096 | 40 | |
| ~~51160597~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/04/21~~ | ~~12/04/21~~ | ~~01/13/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| 51160595 | MCO165UW | 325 | 12/04/21 | 12/04/21 | 01/21/22 | 5097 | 40 | |
| ~~51160596~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/04/21~~ | ~~12/04/21~~ | ~~01/14/22~~ | ~~5098~~ | ~~40~~ | Cancelled |
| ~~51160598~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/05/21~~ | ~~12/05/21~~ | ~~01/15/22~~ | ~~5098~~ | ~~40~~ | Cancelled |
| ~~51160599~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/05/21~~ | ~~12/05/21~~ | ~~01/15/22~~ | ~~5098~~ | ~~40~~ | Cancelled |
| ~~51160600~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/05/21~~ | ~~12/05/21~~ | ~~01/15/22~~ | ~~5098~~ | ~~40~~ | Cancelled |
| ~~51160601~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/05/21~~ | ~~12/05/21~~ | ~~01/15/22~~ | ~~5098~~ | ~~40~~ | Cancelled |
| ~~51160602~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/05/21~~ | ~~12/05/21~~ | ~~01/15/22~~ | ~~5098~~ | ~~40~~ | Cancelled |
| 51160585 | MCO165UB | 100 | 12/04/21 | 12/04/21 | 01/24/22 | 5096 | CS | |
| 51160587 | MCO165UB | 325 | 12/04/21 | 12/04/21 | 01/21/22 | 5097 | 40 | |
| 51160588 | MCO165UB | 325 | 12/04/21 | 12/04/21 | 01/21/22 | 5097 | 40 | |
| 51160590 | MCO165UB | 325 | 12/04/21 | 12/04/21 | 01/13/22 | 5621 | 40 | |
| 51160591 | MCO165UB | 325 | 12/04/21 | 12/04/21 | 01/13/22 | 5621 | 40 | |
| ~~51160592~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/04/21~~ | ~~12/04/21~~ | ~~01/13/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~51160593~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/04/21~~ | ~~12/04/21~~ | ~~01/13/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~51160582~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/09/21~~ | ~~12/09/21~~ | ~~01/24/22~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~51160583~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/09/21~~ | ~~12/09/21~~ | ~~01/24/22~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~51160584~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/09/21~~ | ~~12/09/21~~ | ~~01/24/22~~ | ~~5096~~ | ~~40~~ | Cancelled |

**Cancelled Units by Model**

| | |
|---|---|
| **MCO165UW** | **2,421** |
| **MCO165UB** | **1,804** |

**Home Depot PO**
**MCO165UB**      SKU# 994-154
**MCO165UW**     SKU# 977-057
**MCO165S**        SKU# 354-970
Factory            Daewoo
Port of Lading     **57017**     **Xingang, China**
Home Depot Order Date        10/26/21
Order Receipt Date           11/02/21        **Cancelled on 2/10/22**

| PO No. | Model No. | Qty | Early Ship Date | Late Ship Date | DC DUE | Destination | CNTR TYPE | Status |
|---|---|---|---|---|---|---|---|---|
| 51181819 | MCO165UW | 325 | 12/15/21 | 12/15/21 | 01/30/22 | 5096 | 40 | |
| 51181820 | MCO165UW | 325 | 12/15/21 | 12/15/21 | 01/30/22 | 5096 | 40 | |
| 51181821 | MCO165UW | 325 | 12/15/21 | 12/15/21 | 01/30/22 | 5096 | 40 | |
| 51181822 | MCO165UW | 325 | 12/15/21 | 12/15/21 | 01/30/22 | 5096 | 40 | |
| ~~51181823~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~02/01/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~51181824~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~02/01/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~51181825~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~02/01/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~51181826~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/25/22~~ | ~~5098~~ | ~~40~~ | Cancelled |
| ~~51181833~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/24/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~51181834~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/24/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~51181835~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/24/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~51181836~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/24/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~51181837~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/24/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~51181838~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/24/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~51181827~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/16/21~~ | ~~12/16/21~~ | ~~01/26/22~~ | ~~5098~~ | ~~40~~ | Cancelled |
| ~~51181828~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/16/21~~ | ~~12/16/21~~ | ~~01/26/22~~ | ~~5098~~ | ~~40~~ | Cancelled |
| ~~51181829~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/16/21~~ | ~~12/16/21~~ | ~~01/26/22~~ | ~~5098~~ | ~~40~~ | Cancelled |
| ~~51181830~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/16/21~~ | ~~12/16/21~~ | ~~01/26/22~~ | ~~5098~~ | ~~40~~ | Cancelled |
| ~~51181831~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/16/21~~ | ~~12/16/21~~ | ~~01/26/22~~ | ~~5098~~ | ~~40~~ | Cancelled |
| ~~51181832~~ | ~~MCO165UW~~ | ~~325~~ | ~~12/16/21~~ | ~~12/16/21~~ | ~~01/26/22~~ | ~~5098~~ | ~~40~~ | Cancelled |
| ~~51181810~~ | ~~MCO165UW~~ | ~~110~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~02/01/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~51181810~~ | ~~MCO165UB~~ | ~~215~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~02/01/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~51181796~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/30/22~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~51181797~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/30/22~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~51181798~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/30/22~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~51181799~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/30/22~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~51181800~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/30/22~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~51181801~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/30/22~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~51181802~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~02/01/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~51181803~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~02/01/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| 51181804 | MCO165UB | 325 | 12/15/21 | 12/15/21 | 02/01/22 | 5097 | 40 | |
| ~~51181805~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~02/01/22~~ | ~~5097~~ | ~~40~~ | Cancelled |

| Cancelled Units by Model | |
|---|---|
| **MCO165UW** | **5,310** |
| **MCO165UB** | **6,715** |

| ~~51181806~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~02/01/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
|---|---|---|---|---|---|---|---|---|
| ~~51181809~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~02/01/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~51181807~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/24/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~51181808~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/24/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~51181811~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/24/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~51181812~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/24/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~51181813~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/24/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~51181814~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/24/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~51181815~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/24/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| 51181816 | MCO165UB | 325 | 12/15/21 | 12/15/21 | 01/24/22 | 5621 | 40 | |
| ~~51181817~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/24/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~51181818~~ | ~~MCO165UB~~ | ~~325~~ | ~~12/15/21~~ | ~~12/15/21~~ | ~~01/24/22~~ | ~~5621~~ | ~~40~~ | Cancelled |

**Home Depot PO**
**MCO165UB**     SKU# 994-154
**MCO165UW**     SKU# 977-057
**MCO165S**      SKU# 354-970
Factory          Daewoo
Port of Lading   **57017**     Xingang, China
Home Depot Order Date            11/08/21
Order Receipt Date               11/15/21              **Cancelled on 2/10/22**

| PO No. | Model No. | Qty | Early Ship Date | Late Ship Date | DC DUE | Destination | CNTR TYPE | Status |
|---|---|---|---|---|---|---|---|---|
| ~~52104035~~ | ~~MCO165UW~~ | ~~100~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/23/22~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~52104035~~ | ~~MCO165UB~~ | ~~225~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/23/22~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~52104041~~ | ~~MCO165UW~~ | ~~245~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/25/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~52104041~~ | ~~MCO165UB~~ | ~~80~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/25/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~52104043~~ | ~~MCO165UW~~ | ~~113~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/17/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~52104043~~ | ~~MCO165UB~~ | ~~212~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/17/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~52104044~~ | ~~MCO165UW~~ | ~~325~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/23/22~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~52104045~~ | ~~MCO165UW~~ | ~~325~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/23/22~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~52104046~~ | ~~MCO165UW~~ | ~~325~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/25/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~52104047~~ | ~~MCO165UW~~ | ~~325~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/17/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~52104048~~ | ~~MCO165UW~~ | ~~325~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/17/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~52104033~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/23/22~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~52104034~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/23/22~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~52104036~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/25/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~52104037~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/25/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~52104038~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/25/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~52104039~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/25/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~52104040~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/25/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~52104042~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/08/22~~ | ~~01/08/22~~ | ~~02/17/22~~ | ~~5621~~ | ~~40~~ | Cancelled |

| Cancelled Units by Model | |
|---|---|
| **MCO165UW** | 2,083 |
| **MCO165UB** | 3,117 |

**Home Depot PO**
**MCO165UB**   **SKU# 994-154**
**MCO165UW**   **SKU# 977-057**
**MCO165S**    **SKU# 354-970**
Factory        Daewoo
Port of Lading    **57017**   **Xingang, China**
Home Depot Order Date         11/19/21
Order Receipt Date            **11/22/21**        Cancelled on 2/10/22

| PO No. | Model No. | Qty | Early Ship Date | Late Ship Date | DC DUE | Destination | CNTR TYPE | Status |
|---|---|---|---|---|---|---|---|---|
| ~~52116702~~ | ~~MCO165UW~~ | ~~325~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/07/22~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~52116703~~ | ~~MCO165UW~~ | ~~325~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/07/22~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~52116704~~ | ~~MCO165UW~~ | ~~325~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/07/22~~ | ~~5096~~ | ~~40~~ | Cancelled |
| 52116705 | MCO165UW | 325 | 01/15/22 | 01/15/22 | 02/24/22 | 5621 | 40 | |
| 52116706 | MCO165UW | 325 | 01/15/22 | 01/15/22 | 02/24/22 | 5621 | 40 | |
| 52116707 | MCO165UW | 325 | 01/15/22 | 01/15/22 | 02/24/22 | 5621 | 40 | |
| 52116708 | MCO165UW | 325 | 01/15/22 | 01/15/22 | 02/24/22 | 5621 | 40 | |
| ~~52116695~~ | ~~MCO165UW~~ | ~~150~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/09/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~52116695~~ | ~~MCO165UB~~ | ~~175~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/09/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| 52116693 | MCO165UB | 210 | 01/15/22 | 01/15/22 | 03/07/22 | 5096 | CS | |
| ~~52116694~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/07/22~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~52116683~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/09/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~52116685~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/09/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~52116686~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/09/22~~ | ~~5097~~ | ~~40~~ | Cancelled |
| 52116687 | MCO165UB | 325 | 01/15/22 | 01/15/22 | 02/25/22 | 5098 | 40 | |
| 52116682 | MCO165UB | 325 | 01/16/22 | 01/16/22 | 02/26/22 | 5098 | 40 | |
| 52116684 | MCO165UB | 325 | 01/16/22 | 01/16/22 | 02/26/22 | 5098 | 40 | |
| 52116688 | MCO165UB | 325 | 01/16/22 | 01/16/22 | 02/26/22 | 5098 | 40 | |
| ~~52116689~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/01/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~52116690~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/01/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~52116691~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/01/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~52116692~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/01/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~52116696~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/01/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~52116697~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/01/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~52116698~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/01/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~52116699~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/01/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~52116700~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/01/22~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~52116701~~ | ~~MCO165UB~~ | ~~325~~ | ~~01/20/22~~ | ~~01/20/22~~ | ~~03/01/22~~ | ~~5621~~ | ~~40~~ | Cancelled |

| Cancelled Units by Model | |
|---|---|
| **MCO165UW** | **1,125** |
| **MCO165UB** | **4,725** |

## CNA International Inc. d/b/a MC Appliance Corporation
### 940N. Cetntral Ave. Wood Dale, IL 60191

Factory : WINIA MICROWAVE OVEN(TIANJIN)CO.,LTD.
No 34, Changhwa Street, Dagang, Development Area, Binhai New Area, Tianjin China

Term of Payment : T/T 60 Days
FCA port of EXPORT, Port Gate Limits
Title and risk of loss shall pass from the Seller to the Buyer when the goods enter the port gate limits at the port of export in China
Goods are export to US only

SKU# :  MCO165UW   977-057
MCO165UB   994-154

Port of Lading :   57017   Xingang, China

Destination : 5621(South Gate, CA), 5098 (Sumner, WA), 5097(North Bergen, NJ), 5096 (Pooler, GA)
5150(Savanna, GA), 5645(Mira Loma, CA), 5650(Lacey, WA), 5363(Lathrop, CA), 5362(Winchester, VA), 5061(Romeoville, IL), 5149(Mcdonough, GA),
5965(Cranbury, NJ), 5920(Montgomery, NY), 5752(Dallas, TX), 5852(Joliet, IL), 5565(Baytown, TX)
United States

Order Receipt Date   12/16/21      Cancelled on 2/10/22

| CNA PO# | Customer PO# | Model No. | Qty | Early Ship Date | Late Ship Date | DC Due | Destination | Container Type | Status |
|---|---|---|---|---|---|---|---|---|---|
| 21L9001 | 52164592 | MCO165UB | 325 | 03/29/22 | 03/29/22 | 05/14/22 | 5096 | 40 | Cancelled |
| 21L9002 | 52164593 | MCO165UB | 325 | 03/29/22 | 03/29/22 | 05/14/22 | 5096 | 40 | Cancelled |
| 21L9003 | 52164594 | MCO165UB | 325 | 03/29/22 | 03/29/22 | 05/14/22 | 5096 | 40 | Cancelled |
| 21L9004 | 52164595 | MCO165UB | 325 | 03/28/22 | 03/28/22 | 05/15/22 | 5097 | 40 | Cancelled |
| 21L9005 | 52164596 | MCO165UB | 325 | 03/28/22 | 03/28/22 | 05/15/22 | 5097 | 40 | Cancelled |
| 21L9006 | 52164597 | MCO165UB | 325 | 03/27/22 | 03/27/22 | 05/07/22 | 5098 | 40 | Cancelled |
| 21L9007 | 52164599 | MCO165UB | 325 | 03/28/22 | 03/28/22 | 05/08/22 | 5098 | 40 | Cancelled |
| 21L9008 | 52164600 | MCO165UB | 325 | 03/27/22 | 03/27/22 | 05/06/22 | 5621 | 40 | Cancelled |
| 21L9009 | 52164601 | MCO165UB | 325 | 03/27/22 | 03/27/22 | 05/06/22 | 5621 | 40 | Cancelled |
| 21L9010 | 52164611 | MCO165UB | 325 | 03/27/22 | 03/27/22 | 05/06/22 | 5621 | 40 | Cancelled |
| 21L9011 | 52164612 | MCO165UB | 325 | 03/27/22 | 03/27/22 | 05/06/22 | 5621 | 40 | Cancelled |
| 21L9012 | 52164613 | MCO165UB | 325 | 03/27/22 | 03/27/22 | 05/06/22 | 5621 | 40 | Cancelled |
| 21L9013 | 52164614 | MCO165UB | 325 | 03/27/22 | 03/27/22 | 05/06/22 | 5621 | 40 | Cancelled |
| 21L9014 | 52164598 | MCO165UB | 260 | 03/29/22 | 03/29/22 | 05/14/22 | 5096 | 40 | Cancelled |
| 21L9014 | 52164598 | MCO165UW | 65 | 03/29/22 | 03/29/22 | 05/14/22 | 5096 | 40 | Cancelled |
| 21L9015 | 52164602 | MCO165UW | 325 | 03/29/22 | 03/29/22 | 05/14/22 | 5096 | 40 | Cancelled |
| 21L9016 | 52164603 | MCO165UW | 325 | 03/28/22 | 03/28/22 | 05/15/22 | 5097 | 40 | Cancelled |
| 21L9017 | 52164604 | MCO165UW | 325 | 03/27/22 | 03/27/22 | 05/06/22 | 5621 | 40 | Cancelled |
| 21L9018 | 52164605 | MCO165UW | 325 | 03/27/22 | 03/27/22 | 05/06/22 | 5621 | 40 | Cancelled |
| 21L9019 | 52164606 | MCO165UW | 325 | 03/27/22 | 03/27/22 | 05/06/22 | 5621 | 40 | Cancelled |

| Cancelled Units by Model | |
|---|---|
| MCO165UW | 1,690 |
| MCO165UB | 4,485 |

## CNA International Inc. d/b/a MC Appliance Corporation
### 940N. Cetntral Ave. Wood Dale, IL 60191

Factory : WINIA MICROWAVE OVEN(TIANJIN)CO.,LTD.
No 34, Changhwa Street, Dagang, Development Area, Binhai New Area, Tianjin China

Term of Payment : T/T 60 Days
FCA port of EXPORT, Port Gate Limits
Title and risk of loss shall pass from the Seller to the Buyer when the goods enter the port gate limits at the port of export in China
Goods are export to US only

SKU#  :   MCO165UW    977-057
          MCO165UB    994-154

Port of Lading :   57017    Xingang, China

Destination :  5621(South Gate, CA), 5098 (Sumner, WA), 5097(North Bergen, NJ), 5096 (Pooler, GA)
5150(Savanna, GA), 5645(Mira Loma, CA), 5650(Lacey, WA), 5363(Lathrop, CA), 5362(Winchester, VA), 5061(Romeoville, IL), 5149(Mcdonough, GA),
5965(Cranbury, NJ), 5920(Montgomery, NY), 5752(Dallas, TX), 5852(Joliet, IL), 5565(Baytown, TX)
United States

Order Receipt Date  **12/23/21**                                                    Cancelled on 2/10/22

| CNA PO# | Customer PO# | Model No. | Qty | Early Ship Date | Late Ship Date | DC Due | Destination | Container Type | Status |
|---|---|---|---|---|---|---|---|---|---|
| 21L9020 | 52179320 | MCO165UB | 325 | 4/4/2022 | 4/4/2022 | 5/14/2022 | 5621 | 40 | Cancelled |
| 21L9021 | 52179308 | MCO165UB | 325 | 4/4/2022 | 4/4/2022 | 5/14/2022 | 5621 | 40 | Cancelled |
| 21L9022 | 52179309 | MCO165UB | 325 | 4/4/2022 | 4/4/2022 | 5/14/2022 | 5621 | 40 | Cancelled |
| 21L9023 | 52179310 | MCO165UB | 325 | 4/4/2022 | 4/4/2022 | 5/14/2022 | 5621 | 40 | Cancelled |
| 21L9024 | 52179311 | MCO165UB | 325 | 4/4/2022 | 4/4/2022 | 5/14/2022 | 5621 | 40 | Cancelled |
| 21L9025 | 52179307 | MCO165UB | 325 | 4/4/2022 | 4/4/2022 | 5/14/2022 | 5621 | 40 | Cancelled |
| 21L9026 | 52179305 | MCO165UB | 325 | 4/4/2022 | 4/4/2022 | 5/14/2022 | 5621 | 40 | Cancelled |
| 21L9027 | 52179306 | MCO165UB | 325 | 4/4/2022 | 4/4/2022 | 5/14/2022 | 5621 | 40 | Cancelled |
| 21L9028 | 52179304 | MCO165UB | 325 | 4/4/2022 | 4/4/2022 | 5/14/2022 | 5621 | 40 | Cancelled |
| 21L9029 | 52179302 | MCO165UB | 325 | 4/4/2022 | 4/4/2022 | 5/14/2022 | 5621 | 40 | Cancelled |
| 21L9030 | 52179303 | MCO165UB | 325 | 4/4/2022 | 4/4/2022 | 5/14/2022 | 5621 | 40 | Cancelled |
| 21L9031 | 52179316 | MCO165UB | 325 | 4/5/2022 | 4/5/2022 | 5/16/2022 | 5098 | 40 | Cancelled |
| 21L9032 | 52179298 | MCO165UB | 325 | 4/5/2022 | 4/5/2022 | 5/16/2022 | 5098 | 40 | Cancelled |
| 21L9033 | 52179299 | MCO165UB | 325 | 4/5/2022 | 4/5/2022 | 5/16/2022 | 5098 | 40 | Cancelled |
| 21L9034 | 52179297 | MCO165UB | 325 | 4/14/2022 | 4/14/2022 | 5/25/2022 | 5098 | 40 | Cancelled |
| 21L9035 | 52179300 | MCO165UB | 325 | 4/14/2022 | 4/14/2022 | 5/25/2022 | 5098 | 40 | Cancelled |
| 21L9036 | 52179301 | MCO165UB | 325 | 4/14/2022 | 4/14/2022 | 5/25/2022 | 5098 | 40 | Cancelled |
| 21L9037 | 52179295 | MCO165UB | 325 | 4/13/2022 | 4/13/2022 | 5/31/2022 | 5097 | 40 | Cancelled |
| 21L9038 | 52179296 | MCO165UB | 325 | 4/13/2022 | 4/13/2022 | 5/31/2022 | 5097 | 40 | Cancelled |
| 21L9039 | 52179289 | MCO165UB | 325 | 4/13/2022 | 4/13/2022 | 5/31/2022 | 5097 | 40 | Cancelled |
| 21L9040 | 52179294 | MCO165UB | 325 | 4/13/2022 | 4/13/2022 | 5/31/2022 | 5097 | 40 | Cancelled |
| 21L9041 | 52179292 | MCO165UB | 167 | 4/10/2022 | 4/10/2022 | 5/31/2022 | 5096 | CS | Cancelled |
| 21L9042 | 52179290 | MCO165UB | 325 | 4/15/2022 | 4/15/2022 | 5/31/2022 | 5096 | 40 | Cancelled |
| 21L9043 | 52179293 | MCO165UB | 325 | 4/15/2022 | 4/15/2022 | 5/31/2022 | 5096 | 40 | Cancelled |
| 21L9044 | 52179287 | MCO165UB | 325 | 4/15/2022 | 4/15/2022 | 5/31/2022 | 5096 | 40 | Cancelled |
| 21L9045 | 52179288 | MCO165UB | 325 | 4/15/2022 | 4/15/2022 | 5/31/2022 | 5096 | 40 | Cancelled |
| 21L9046 | 52179291 | MCO165UB | 325 | 4/15/2022 | 4/15/2022 | 5/31/2022 | 5096 | 40 | Cancelled |

| Cancelled Units by Model | |
|---|---|
| MCO165UW | 4,225 |
| MCO165UB | 8,617 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ~~21L9047~~ | ~~52179315~~ | ~~MCO165UW~~ | ~~325~~ | ~~4/4/2022~~ | ~~4/4/2022~~ | ~~5/14/2022~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~21L9048~~ | ~~52179322~~ | ~~MCO165UW~~ | ~~325~~ | ~~4/4/2022~~ | ~~4/4/2022~~ | ~~5/14/2022~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~21L9049~~ | ~~52179314~~ | ~~MCO165UW~~ | ~~325~~ | ~~4/4/2022~~ | ~~4/4/2022~~ | ~~5/14/2022~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~21L9050~~ | ~~52179318~~ | ~~MCO165UW~~ | ~~325~~ | ~~4/4/2022~~ | ~~4/4/2022~~ | ~~5/14/2022~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~21L9051~~ | ~~52179321~~ | ~~MCO165UW~~ | ~~325~~ | ~~4/4/2022~~ | ~~4/4/2022~~ | ~~5/14/2022~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~21L9052~~ | ~~52179317~~ | ~~MCO165UW~~ | ~~325~~ | ~~4/4/2022~~ | ~~4/4/2022~~ | ~~5/14/2022~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~21L9053~~ | ~~52179319~~ | ~~MCO165UW~~ | ~~325~~ | ~~4/4/2022~~ | ~~4/4/2022~~ | ~~5/14/2022~~ | ~~5621~~ | ~~40~~ | Cancelled |
| ~~21L9054~~ | ~~52179312~~ | ~~MCO165UW~~ | ~~325~~ | ~~4/5/2022~~ | ~~4/5/2022~~ | ~~5/23/2022~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~21L9055~~ | ~~52179313~~ | ~~MCO165UW~~ | ~~325~~ | ~~4/5/2022~~ | ~~4/5/2022~~ | ~~5/23/2022~~ | ~~5097~~ | ~~40~~ | Cancelled |
| ~~21L9056~~ | ~~52179323~~ | ~~MCO165UW~~ | ~~325~~ | ~~4/12/2022~~ | ~~4/12/2022~~ | ~~5/28/2022~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~21L9057~~ | ~~52179324~~ | ~~MCO165UW~~ | ~~325~~ | ~~4/12/2022~~ | ~~4/12/2022~~ | ~~5/28/2022~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~21L9058~~ | ~~52179325~~ | ~~MCO165UW~~ | ~~325~~ | ~~4/12/2022~~ | ~~4/12/2022~~ | ~~5/28/2022~~ | ~~5096~~ | ~~40~~ | Cancelled |
| ~~21L9059~~ | ~~52179326~~ | ~~MCO165UW~~ | ~~325~~ | ~~4/12/2022~~ | ~~4/12/2022~~ | ~~5/28/2022~~ | ~~5096~~ | ~~40~~ | Cancelled |