# EXHIBIT D

# Quality Assurance Agreement

Dongbu Daewoo Electronics Corporation (hereinafter referred to as "Dongbu Daewoo") and CNA International Inc. (hereinafter referred to as "CNA") agrees as follows regarding the quality assurance and compensation for MWO products (hereinafter referred to as "Contract Products") supplied by Dongbu Daewoo to CNA.

Article 1 (Purpose of Agreement)

The purpose of this Agreement is to clarify the standard and method for quality assurance and compensation for the Contract Products to restore the trust relationship, and revitalize the business, between the Parties.

Article 2 (Quality Assurance and Compensation)

   1) Definition of terms.

      (1)   "Return" means that CNA has received a return of Contract Products from each dealer, regardless of the reason for the return, such as defective Contract Products and commercial return.

      (2)   "Return loss" refers to the price of Contract Products purchased by CNA from Dongbu Daewoo in respect of the returned quantity less the value of resale by CNA of the returned products.

      (3)   "A/S cost" means the cost incurred by CNA for after sales service or A/S for Contract Products.

      (4)   "Quality cost" refers to the sum of the return loss and the A/S cost as a quality-related cost that CNA has spent on the Contract Products.

      (5)   "Quality cost rate" refers to the ratio of the quality cost to the sales price of the Contract Products supplied by CNA to each dealer.

      (6)   "Standard warranty rate" means the standard rate at which Dongbu Daewoo compensates CNA for the related quality cost for the Contract Products.

      (7)   "Maximum warranty rate" refers to the maximum rate at which Dongbu Daewoo compensates CNA for the related quality cost for the Contract Products even if the quality cost rate exceeds the standard warranty rate.

   2) Applicable items and warranty rate

| Category | Standard Warranty Rate | Maximum Warranty Rate | Remark |
| --- | --- | --- | --- |
| CMO | 3.0% | 5.0% | By item (category) / on a yearly basis |
| OTR | 4.5% | 5.5% | |

   3) Quality cost compensation

      (1)   If the annual quality cost rate exceeds the standard warranty rate, Dongbu Daewoo shall compensate CNA for the amount obtained by multiplying the price of the Contract Products CNA has purchased from Dongbu Daewoo within the relevant year by the excess quality cost rate. However, the excess quality cost rate to be compensated cannot exceed 2% for CMO and 1% for OTR according to the maximum guarantee rate.

(2)     Notwithstanding the preceding paragraph, even if the quality cost rate does not exceed the standard warranty rate for 2016, Dongbu Daewoo shall compensate CNA for 1% of the price for the Contract Products purchased by CNA from Dongbu Daewoo during the year 2016.

(3)     The quality assurance compensation under this Agreement will be paid on an annual basis, and the method and procedure for payment of such compensation will be negotiated by the Parties.

4) Epidemic defect

(1)     If the defect rate of the same model, the same part, and the same product exceeds 2% within one year from the date of shipment by Dongbu Daewoo of the Contract Products, it is considered an epidemic defect.

(2)     The handling method and compensation for epidemic defects will be negotiated separately, and CNA shall offer all necessary cooperation for the submission and processing of relevant evidence.

5) Provision of data and materials

In order to improve the quality of Dongbu Daewoo products in the market and compensate for quality costs, CNA shall provide relevant data and materials (e.g., quantity and amount of sales by dealer/ quantity and amount of returns by dealer / quantity and amount of resales of returned products / data about returns and after-sales service, etc.), and supporting data and materials on a quarterly basis. However, if it is unavoidable to provide data and materials, CNA shall give advance notice thereof to and consult with Dongbu Daewoo.

Article 3 (Applicable Period)

This Agreement applies from CNA's quality cost incurred in 2016 until its quality cost compensation in 2017. However, until December 31, 2017, unless one party raises an objection to the other party, such as a change in conditions, the same conditions will be automatically extended for each successive year.

Article 4 (Dispute Resolution)

Any matters not stipulated in this Agreement will be addressed by mutual agreement between the Parties, and any dispute arising out of this Agreement will be resolved by arbitration at the address of the other party.

April 27, 2017

| Dongbu Daewoo Electronics Corporation | CNA International Inc. |
|---|---|
| Signed by [handwritten text:] *Taehee Lim* | Signed by Sehee Kim |
| [signature] | [signature] |



| | |
|---|---|
| **DATE OF TRANSLATION:** | 8/8/2023 |
| | Reimbursement Agreement |
| **ELECTRONIC FILE NAME:** | |
| **SOURCE LANGUAGE:** | Korean |
| **TARGET LANGUAGE:** | English |
| **TRANSPERFECT JOB ID:** | US1642042 |

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001

TCert v. 4.0

# 품질 보증 합의서

동부대우전자(주) (이하 "동부대우") 와 CNA International Inc. (이하 "CNA")는 동부대우가 CNA 에 공급하는 MWO 제품(이하 "계약제품")의 품질 보증 및 보상에 관하여 다음과 같이 합의한다.

**제 1 조 (합의의 목적)**
본 합의는 양 당사자간 신뢰관계 회복 및 사업 활성화를 위해 계약제품에 대한 품질 보증 및 보상에 관한 기준 및 방법을 명확히 하는데 그 목적이 있다.

**제 2 조 (품질보증 및 보상)**
1) 용어 정의.
   ① "환입(Return)"이란 CNA 가 각 Dealer 로부터 계약제품을 환입 받은 것으로 계약제품 불량 및 Commercial return 등 모두 환입사유를 불문한다.
   ② "환입손실"이란 환입수량에 대한 CNA 가 동부대우로부터 계약제품을 구매한 금액에서 CNA 의 환입제품에 대한 재판매금액을 제한 금액을 말한다.
   ③ "A/S 비용"이란 계약제품에 대한 A/S 를 위해 CNA 에게 발생한 비용을 말한다.
   ④ "품질비용"이란 CNA 가 계약제품에 대하여 지출한 품질관련 비용으로 환입손실과 A/S 비용을 합한 금액을 말한다.
   ⑤ "품질비용 Rate"란 CNA 가 각 Dealer 에게 공급한 계약제품 판매가격 대비 품질비용이 차지하는 rate 를 말한다.
   ⑥ "기준 보증 Rate"란 동부대우가 계약제품에 대하여 CNA 에게 관련 품질비용을 보상하는 기준이 되는 rate 를 말한다.
   ⑦ "최대 보증 Rate"란 품질비용 Rate 가 기준 보증 Rate 를 초과하더라도 동부대우가 계약제품에 대하여 CNA 에게 관련 품질비용을 보상하는 최대한도가 되는 rate 를 말한다.

2) 해당품목 및 보증 Rate

| Category | 기준 보증 Rate | 최대 보증 Rate | 비 고 |
|---|---|---|---|
| CMO | 3.0% | 5.0% | 품목(Category) 별 / 년간 기준 |
| OTR | 4.5% | 5.5% | |

3) 품질비용 보상
   ① 년간 품질비용 Rate 가 기준 보증 Rate 를 초과하는 경우 동부대우는 CNA 가 해당 연도 내 동부대우로부터 구매한 계약제품의 구매금액에 초과 품질비용 Rate 를 곱한 금액을 CNA 에게 보상한다. 단, 보상하는 초과 품질비용 Rate 는 최대 보증 Rate 에

따라 CMO 는 2 %, OTR 은 1%를 초과하지 못한다.

② 전 ①항에도 불구하고 2016 년도에 한하여 품질비용 Rate 가 기준 보증 Rate 를 초과하지 않더라도 동부대우는 CNA 가 2016 년 동안 동부대우로부터 구매한 계약제품 구매금액의 1%를 CNA 에게 보상하기로 한다.

③ 본 합의에 따른 품질보증 보상은 연간단위로 시행하며, 보상 금액 지급방법 및 절차는 양 당사자가 협의한다.

4) Epidemic 성 불량

① 동부대부의 계약제품 선적일로부터 1 년 이내에 동일 모델, 동일 부품, 동일 제품 불량 rate 가 2%를 초과하는 경우를 Epidemic 성 불량으로 본다.

② Epidemic 성 불량의 처리 방법 및 보상에 대하여는 별도 협의하기로 하며, CNA 는 관련 증빙 제출 및 처리를 위하여 필요한 모든 협조를 다하여야 한다.

5) 자료 제공

동부대우 제품의 시장 내 품질 개선 및 품질비용 보상을 위해 CNA 는 관련 자료 (Dealer 별 판매 수량, 금액 / Dealer 별 환입 수량, 금액 / 환입품 재판매 수량, 금액 / Return 및 A/S data 등) 및 입증 자료를 분기별로 제공한다. 단, 자료 제공이 불가피한 경우 동부대우에 사전 통보하고 협의하기로 한다.

**제 3 조 (적용기간)**

본 합의는 CNA 의 2016 년도 품질비용 발생 분부터 2017 년도 품질비용 보상 시까지 적용된다. 단, 2017 년 12 월 31 까지 일방 당사자가 상대방 당사자에게 조건 변경 등 이의제기를 하지 아니하는 한 동일 조건으로 1 년씩 자동 연장하여 적용된다.

**제 4 조 (분쟁해결)**

본 합의에 규정되지 아니한 사항에 대하여는 양 당사자간 협의하여 처리하기로 하며, 본 합의와 관련하여 분쟁이 발생한 경우 상대방 주소지에서 중재로 해결하기로 한다.

2017 년  4 월 27  일

| 동부대우전자(주) | CNA International Inc. |
|---|---|
| 서명  *Taehee Lim* | 서명    Sehee  Kim |